FILED

Date: 08/16/22

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:22-cr-54-JA-PRL
18 U.S.C. § 113(a)(6)

WALTER LAMAR JACKSON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 15, 2021, in the Middle District of Florida, the defendant,

WALTER LAMAR JACKSON,

at a place within the special maritime and territorial jurisdiction of the United States, namely Coleman Federal Correctional Complex, did assault O.E., and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. § 113(a)(6).

A TRUE BILL

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
William S. Hamilton
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

WALTER LAMAR JACKSON

## INDICTMENT

Violations: 18 U.S.C. § 113(a)(6)

A true bill,

_____
Foreperson

Filed in open court this 16th day of August 2022.

_____
Clerk

Bail $_____